FILED APR 18 '22 PM 3:18 USDCALS

April 6, 2022

22-cv-158-JB-MU

Case Number 21-Cr-29-KD

Case Number 21-Cr-66-KD

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

Darick Dillard

PLAINTIFF

VS.

UNITED STATES OF AMERICA

## Complaint against Dallas County Sheriff Department

I, Darick Dillard, come with a complaint against the Dallas County Sheriff Department of Selma

Al. My rights have been violated in the fourth amendment. I was arrested without probable cause

at the home of Kayla Jones 932B Lowry Dr. Selma Alabama. There was no door knock nor announcement before entering. There was a smoke bomb thrown inside of the home by an officer that scared me so bad I fled.

Investigator Kiser nor any officers used body cameras to prove the discoverable at Kayla Jones

Resident. This was not in compliance with the law and policies

I have been falsely charged, and my rights has been violated.

1. Selling guns and drugs in and out of my automobile.
2. Threat to the community
3. Witnesses Tampering
4. Shooter and a Runner

Investigator Kiser and Prosecutor Arrington falsified evidence under oath stating that it was 30.5

grams of powder, 25.5 grams of crack. ( Ala. Code 1975, § 13A-10-101) My Attorney John

Taylor advised me to sign a document along with Prosecutor Arrington to prevent the analysis

reporter from coming to the trial to save travel expense. At the sentencing hearing, it was proven the amount was not correct. All these bogus chargers violated my rights. 18 U.S. Code § 2071

Investigator Kiser under oath stated that he gave a convicted felon funds to go out and buy a gun to set up an entrapment; this was obstruction of justice. The law clearly states that a convicted felon cannot buy a firearm (Ala Code 1975, § 13A-11-72)

Communication interacting with person engaged in criminal activity in an entrapment is prohibited by law. Investigator Kiser stated under Oath, that he did not know Sarah Turner was a convicted felon until 3 weeks before trial. He hired her as a peace officer but found out Turner has prior's Offensive felonies.

Sarah Tuner approached me, Darick Dillard, to buy guns and I told her ( in the video recording that I did not have any guns). Turner said that she needed them for her security business. I told her that I would try and find her one. Turner continued to call for guns. I changed my cell phone number but it didn't stop Tuner from finding me.

Furthermore, under oath "Turner stated she got my new number from a man that she did not know". 485 U.S. 58, 63 (988).

In the video recording Turner ask the officer if I do this for y'all are y'all still going to do this for me? Officer stated yes. With this being said as an absence of source it has been determined by law that my process has been violated. 645 Entrapment-Elements Department of justice

The government shouldn't disparage the other rights of citizens according to the clause. That is the general issue included in the ninth amendment.

My constitutional rights have been violated to the fact that Investigator Kiser and Sarah Tuner set up an illegal entrapment that also included a wiretapping the video that was presented at trial had been edited which is prohibited by law.

Therefore, the exclusionary rule is any illegally obtained evidence may not be presented at a trial. Protection orders, Ala. Code 15-10-3 Fruit of the poisonous tree includes evidence gathered from just about any kind of police conduct that violates a defendant constitutional rights as a result of the illegal arrest was the fruit of the poisonous tree: not just the statement itself but also the witness information they gleaned from it and the actual drugs that the witness led them to. (371 U.S. 471 (1963).)

In my summary the Dallas Sheriff Department, and the Government has violated my rights which caused me physical and mental damages. I was exposed on television to the nation as

being a lifelong time criminal in Dallas County one of their biggest suppliers in Dallas County

Crack, power, marijuana, mollies, that they believed that was sold by me.

  Micheal L. Granthum said that it is going to hurt a lot of suppliers in Selma, Alabama. There's no facts to this exposure.    28 U.S. § Code 4101

Sincerely yours, *Darick Dillard*

Darick Dillard



FROM: Darrell D. Dillard
Clark County Jail
149 Clark Street
Grove Hill Al 36451-3010

Clerk Office
155 Saint Joseph St
Mobile, Al 36602