**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

DARICK DEWAYNE DILLARD,                :

     Plaintiff,                :

vs.                :        CA 22-0158-JB-MU

DALLAS COUNTY SHERIFF'S                :
OFFICE, et al.,
                                  :

     Defendants.

**<u>ORDER</u>**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 2, 2022 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 7th day of July, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE